JUDITH L. CARLISLE, State Bar No. 88046
LOUIS S. CARETTI, State Bar No. 53266
FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL
A Professional Corporation
Courthouse Plaza, Suite A
300 Tuolumne Street
Vallejo, California 94590
Telephone: (707) 552-3630
Facsimile: (707) 552-8913

Attorneys for Defendant,
JOSEPH MESSINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br>Plaintiff,<br>v.<br>JOSEPH MESSINA,<br>Defendant. | Case No. C 07-3513 EDL<br><br>**DEFENDANT'S INITIAL DISCLOSURES** |

**DEFENDANT'S INITIAL DISCLOSURES (FRCivP 26 (A); GENERAL ORDER 56 (2)**

I, Judith L. Carlisle, certify that to the best of my knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is complete and correct as of the time it is made.

DATED: September 7, 2007

FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL, P.C.

By: ***/s/ JUDITH L. CARLISLE***
JUDITH L. CARLISLE, Attorneys for Defendant, JOSEPH MESSINA

FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL
300 TUOLUMNE STREET, SUITE A
VALLEJO, CALIFORNIA 94590-5787
TELEPHONE (707) 552-3630

FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL
300 TUOLUMNE STREET, SUITE A
VALLEJO, CALIFORNIA 94590-5787
TELEPHONE (707) 552-3630

## INITIAL DISCLOSURES

**Rule 26(a)(1)(A): the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

Defendant. Defendant can provide information relating to the construction of the property in approximately 1975, the installation of the ramp leading up to the front door of the subject property, as well as the history relating to the paving and restriping of the parking lot. To the best of Defendant's recollection, the subject property was remodeled only once in approximately 1999 or 2000 by the tenants in possession at that time. Defendant does not have any documentation relating to this remodeling, as it was completed by the tenant in possession at the time.

Tony Dudam and Jack Dudam, Jr., prior tenants of the subject property. These tenants made improvements to the interior of the subject property, including the restrooms, in approximately 1999 or 2000, during the term of their tenancy. Defendant does not have the current address or telephone number of these prior tenants.

Hamid Reza Shahradizadeh and Afsoon Piroozdad, current tenants of the subject property. These tenants may have information relating to the alleged facts as set forth in the complaint. These individuals can be contacted at the subject business property.

**Rule 26(a)(1)(B): a copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

Various pictures.

Repaving proposal dated 6/29/07.

Lease agreements, including addenda, assumptions and extensions on the subject property.

**Rule 26(a)(1)(C): a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

None.

**Rule 26(a)(1)(D): for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

Defendant has a liability policy on the subject property. Defendant is informed and believes that the policy provides no coverage in this matter.

***In re: Michael Fernandes v. Joseph Messina***
**U.S. Federal Case No. C 07-3513 EDL**

**PROOF OF SERVICE**

I, Jackie Morris, declare that:

I am employed in the County of Solano, State of California and am over the age of eighteen years. My business address is 300 A Tuolumne Street, Vallejo, California 94590.

On the date below, I served a copy of the following documents:

***DEFENDANT'S INTIAL DISCLOSURES***

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Thomas N. Stewart, III
Attorney at Law
369 Blue Oak Lane, Second Floor
Clayton, CA 94517

X **(BY MAIL)** I placed each such sealed envelope with postage thereon fully prepaid for first-class mail, for collection and mailing at Vallejo, California, following ordinary business practices. I am readily familiar with my business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and correspondence is deposited daily with the United States Postal Service in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 7, 2007, at Vallejo, California.

***/s/ Jackie Morris***
Jackie Morris

FAVARO, LAVEZZO, GILL, CARETTI & HEPPELL
300 TUOLUMNE STREET, SUITE A
VALLEJO, CALIFORNIA 94590-5787
TELEPHONE (707) 552-3630