THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. C 07-3513 EDL |
| Plaintiff, | PLAINTIFF'S DISCLOSURE OF HIS EXPERT AND EXPERT'S REPORT |
| v. | |
| JOSEPH MESSINA, | |
| Defendant. _____/ | |

  Plaintiff discloses his/her experts in this case as follows:

1. Kim R. Blackseth, 310 17th Street, Oakland, California, 94612.

2. Mr. Blackseth charges $235 per hour for his time. A copy of Mr. Blackseth's Report as to this case, a list of Mr. Blackseth's qualifications and a list of cases where Mr. Blackseth has testified are attached hereto.

September 24, 2007


            ____S/Thomas N. Stewart, III___
              Attorney for Plaintiff