THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,

                  Plaintiff,

v.

JOSEPH MESSINA,

                  Defendant.

_____/

Case No.  C 07-3513 EDL

CORRECTED
STIPULATION OF DISMISSAL; ORDER

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for one year(s) from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that

C 07-3513 EDL                              1

the Court will retain jurisdiction over this action and the parties hereto in order to be able to

enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP

41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for

one year after the date hereof.

Date:  December 12, 2007                    Date:  December 26, 2007


S/Louis S. Caretti ,                        S/Thomas N. Stewart, III,
Attorney for Defendant                      Attorney for Plaintiff

IT IS SO ORDERED:



Date:  January 7, 2008                      _____



IT IS SO ORDERED
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA